**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Truman SCOTT, Defendant–Appellant.**

**No. 07–6220.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 28, 2007.

Truman Scott, Appellant Pro Se. Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Truman Scott appeals the district court's order denying his "Motion for Disclosure of Grand Jury Material." We have reviewed the record and find no clear error in the district court's denial. *See* Fed. R.Crim.P. 6(e)(3)(E)(ii); *In re Grand Jury Proceedings,* 800 F.2d 1293, 1298–99 (4th Cir.1986) (stating review standard). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*